FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec. 28, 2020 4:09 pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE __HAWAII__ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

__MA ARLENE LEVIN__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__ALLIED UNIVERSAL HONOLULU BRANCH__
__CHRIS CHANG, GALAHAD "KEAHI"__
__QUARTERO, RAYMOND THEARD, SEE ATTACHED__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. __CV 20-00577 LEK-KJM__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | MA ARLENE LEVIN |
  | Street Address | 335 MERCHANT ST., |
  | City and County | HONOLULU, OAHU |
  | State and Zip Code | HAWAII 96812 |
  | Telephone Number | 808 469 8858 |
  | E-mail Address | arlene2013levin@gmail.com |

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1

  | | |
  |---|---|
  | Name | CHRIS CHANG |
  | Job or Title (if known) | SERVICE MANAGER |
  | Street Address | 1003 SUITE 138 BISHOP ST. |
  | City and County | HONOLULU, OAHU |
  | State and Zip Code | HAWAII 96813 |
  | Telephone Number | 808 208 9541 |
  | E-mail Address (if known) | |

  Defendant No. 2

  | | |
  |---|---|
  | Name | GALAHAD "KEAHI" QUARTERO |
  | Job or Title (if known) | SERVICE MANAGER |
  | Street Address | 1003 SUITE 138 BISHOP ST., |
  | City and County | HONOLULU, OAHU |

2

ATTACHMENT:

PAGE 2
JEREMY MADRID
SARAH THOMAS
STEPHANIE QUIROS
NICOLAS "NICK" FANIOLA

State and Zip Code  HAWAII 96813
Telephone Number  808 342 1448
E-mail Address
(if known)

Defendant No. 3

Name  RAYMOND THEARD
Job or Title  OPERATIONS MANAGER
(if known)
Street Address  1003 SUITE 138 BISHOP ST.
City and County  HONOLULU, OAHU
State and Zip Code  HAWAII 96813
Telephone Number  808 202 3809
E-mail Address
(if known)

Defendant No. 4

Name  JEREMY MADRID
Job or Title  OPERATIONS MANAGER
(if known)
Street Address  1003 SUITE 138 BISHOP ST.
City and County  HONOLULU, OAHU
State and Zip Code  HAWAII 96813
Telephone Number  808 220 3800
E-mail Address
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  ALLIE UNIVERSAL HONOLULU
Street Address  1132 BISHOP ST SUITE 300
City and County  HONOLULU, OAHU
State and Zip Code  HAWAII 96813
Telephone Number  808 670 3350

3

ATTACHMENT PAGE 3

Defendant No.5
Name Sarah Thomas
Job or Title (if known) HR Honolulu Branch Coordinator
Street Address 1003 Suite 138 Bishop St.
City and County Honolulu, Oahu
State and Zip Code Hawaii 96813
Telephone Number 808 953 7926/808 798 1127/312 256 6664
Email Address (If known)

Defendant No.6
Name Stephanie Quiros
Job or Title (if known) Field Supervisor
Street Address 1003 Suite 138 Bishop St.
City and County Honolulu, Oahu
State and Zip Code Hawaii 96813
Telephone Number 808 927 3087
Email Address (If known)

Defendant No.7
Name NICOLAS NICK FANIOLA
Job or Title (if known) Security Officer
Street Address Honolulu, Oahu
City and County Hawaii 96813
State and Zip Code Hawaii 96813
Telephone Number 808 275 7332
Email Address (If known)

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [x] Relevant state law *(specify, if known)*:
    § 386-5 EXCLUSIVENESS OF RIGHT TO COMPENSATION; EXCEPTION

- [x] Relevant city or county law *(specify, if known)*:
    §§ 711-1106 HARASSMENT

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: THE TORT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

MAY 23, 2019 TO JULY 5, 2019

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race NICOLAS FAMOLA ALWAYS CALLED ME A "FUCKING FILIPINO".
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)* DENIED TO ACCOMODATE ME OF MY WORSENING ECZEMA ALL OVER MY BODY.

E.  The facts of my case are as follows. Attach additional pages if needed.

5

_____
_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   7/22/2019

   B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.
   ☒ issued a Notice of Right to Sue letter, which I received on *(date)*
   SEPTEMBER 30, 2020.

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C. Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☒ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

6

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

| | |
|---|---|
| LOSS OF INCOME 2019 - 2020 ($15,149 + 19,696) | 34,845 |
| MEDICAL / LAB FEES / MRI / GYM 2019-2020 | 1,000 |
| TOTAL | 35,845 |

CURRENTLY, I AM SUFFERING DISABILITY BUT HIDING IT (FEAR LOST MY JOB) INCIDENT RESULTED IN MILD COGNITIVE DISORDER, ANXIETY DISORDER AND DEPRESSION LIMITING MY INCOME CAPACITY.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/28, 2020.

Signature of Plaintiff    _Marlu_
Printed Name of Plaintiff    MA. ARLENE LEVIN

7

**B.    For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

8