

**U.S. Equal Employment Opportunity Commission**
**Honolulu Local Office**

300 Ala Moana Blvd
Room 4-257
Honolulu, HI 96850
(808) 541-3118
TDD: 1-800-669-6820
Fax: (808) 541-3390
1-800-669-4000

Respondent: ALLIED UNIVERSAL SERVICES
EEOC Charge No.: 486-2019-00444 Amended
FEPA Charge No.:

August 1, 2019

Ma. Arlene Levin
P.O. Box 1430
Pearl City, HI 96782

Dear Levin:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

| | |
|---|---|
| [X] | Title VII of the Civil Rights Act of 1964 (Title VII) |
| [ ] | The Age Discrimination in Employment Act (ADEA) |
| [X] | The Americans with Disabilities Act (ADA) |
| [ ] | The Equal Pay Act (EPA) |
| [ ] | The Genetic Information Nondiscrimination Act (GINA) |

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to Hawai'i Civil Rights Commission 830 Punchbowl Street Suite 411 Honolulu, HI 96813 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

The quickest and most convenient way to obtain the contact information and the status of your charge is to use EEOC's Online Charge Status System, which is available 24/7. You can access the system via this link (https://publicportal.eeoc.gov/portal) or by selecting the "My Charge Status" button on EEOC's Homepage (www.eeoc.gov). To sign in, enter your EEOC charge number, your zip code and the security response. An informational brochure is enclosed that provides more information about this system and its features.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Glory Gervacio Saure
Local Office Director
(808) 541-3118

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s):

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ma. Arlene Levin<br>P.O. Box 4345<br>Honolulu, HI 96812 | From: | Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 4-257<br>Honolulu, HI 96850 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2019-00444 | Raymond Griffin, Jr.,<br>Investigator | (808) 541-3721 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Melissa Barrios

Digitally signed by Melissa Barrios
DN: cn=Melissa Barrios, o=Fresno Local Office, ou=U.S.
EEOC, email=melissa.barrios@eeoc.gov, c=US
Date: 2020.09.30 17:33:21 -07'00'

9/30/2020

Enclosures(s)

**Melissa Barrios,
Acting Director**

(Date Mailed)

cc:
**Brian Wallen
Associate Counsel
ALLIED UNIVERSAL
161 WASHINGTON STREET, SUITE 600
Conshohocken, PA 19428**

December 28, 2020

To whom It may concern,

I, Ma. Arlene Levin is making an attachment of the error in
EEOC case# 486-2019-00444 about the amended charge of discrimination.

That, I Ma. Arlene Levin has been hired as a security officer of Allied Universal
last December 13, 2017 at Honolulu branch and not May 23, 2017 as the case has been stated.

Thank you.

Ma. Arlene Levin
808 469 8858
P.O. Box 4345 Honolulu, HI 96812

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | **AMENDED** |
| ☒ EEOC | **486-2019-00444** |

| **Hawai'i Civil Rights Commission** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ma. Arlene Levin** | **(808) 469-8858** | **1971** |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| **P.O. Box 1430, Pearl City, HI 96782** | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ALLIED UNIVERSAL SERVICES** | **800- 1,000** | **(808) 670-3350** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1132 Bishop St., Suite 300, Honolulu, HI 96813** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☒ NATIONAL ORIGIN

☒ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **05-23-2019**    Latest **07-16-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## AMENDED

On about May 23, 2017 I began working for the above-named employer. My last job was Security
Officer.

On or about May 23, 2019, I reported Nicholas "Nick" Faniola (white male) to Service Manager Chris
Chang (Hawaiian Chinese male) that Nick Faniola smells of alcohol when I relieved him and that there
is a human waste on site that strongly smells like alcohol. Later on the same day, Nicholas Faniola
began harassing me via phone and text message with profanity and repeatedly calling me a Filipino
fucking bitch. He also threatened me to get removed from the work site assignment. Subsequently I
complained then Field Supervisor Sarah Thomas (white female) bout Faniola's harassment. I do not
believe Respondent took appropriate, corrective and preventive action. Subsequently, Faniola
continued his harassment as well as making fabricated reports about me to the management.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT **EEOC HLO** |
| 7/22/2019 _____ *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) **JUL 2 2 2019** |

**RECEIVED**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | **AMENDED** |
| | ☒ EEOC | **486-2019-00444** |

| Hawai'i Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

failed to pay me for my about 93 hours (including 85 hours overtime) worked in June 2019 ending July 5, 2019. My repeated follow up has been ignored.

I believe Respondent discriminated against me because of my sex (female) and national origin (Filipino) in violation of Title VII of the Civil Rights Act of 1864, as amended. I also believe Respondent discriminated against me because of my disability in violation of the Americans with Disabilities Act of 1990 ("ADA") and the Americans with Disabilities Act Amendments Act ("ADAAA)" as amended. Finally, I believe Respondent retaliated against me for engaging in protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/22/2019     *Mayh* <br> *Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |