Ann Correa, Esq. (Hawaii Bar 5031)
**GARY G. GRIMMER & ASSOCIATES**
201 Merchant Street, Suite 1940
Honolulu, HI 96813
Tel: (808) 457.1330
ann@grimmerhawaiilaw.com

David L. Lewis, Esq. (CA Bar 284537)
Katie M. Greenbaum, Esq. (CA Bar 312379)
**MARTENSON, HASBROUCK & SIMON LLP**
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Tel: (760) 827.5706
Fax: (442) 244.0821
dlewis@martensonlaw.com
kgreenbaum@ martensonlaw.com

Attorneys for Defendants UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES, CHRIS CHANG, GALAHAD "KEAHI" QUARTERO, RAYMOND THEARD, JEREMY MADRID AND SARAH THOMAS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **CRISTANA LEVIN ESTORNINOS,** | ) Civil Action No.: |
| | ) 1:20-cv-00577 LEK-KJM |
| **Plaintiff,** | ) |
| | ) **STIPULATION FOR DISMISSAL** |
| **v.** | ) **WITH PREJUDICE OF ALL** |
| | ) **CLAIMS AND PARTIES** |
| **ALLIED UNIVERSAL HONOLULU** | ) |
| **BRANCH, CHRIS CHANG,** | ) Trial Date: TBD |
| **GALAHAD "KEAHI" QUARTERO,** | ) Judge: Leslie E. Kobayashi |
| **RAYMOND THEARD, JEREMY** | ) |
| **MADRID, SARAH THOMAS,** | ) |
| **STEPHANIE QUIROS, NICOLAS** | ) |
| **"NICK" FANIOLA,** | ) |
| | ) |
| **Defendants.** | ) |

1

## <u>STIPULATION FOR DISMISSAL WITH PREJUDICE OF</u>
## <u>ALL CLAIMS AND PARTIES</u>

Plaintiff CRISTANA LEVIN ESTORNINOS, and Defendants Universal Protection Service, LP dba Allied Universal Security Services[1] ("Allied Universal"), Chris Chang, Galahad Quartero, Raymond Theard, Jeremy Madrid, and Sarah Thomas (collectively "Defendants") by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and L.R. 41.1 herby stipulate to dismiss with prejudice all claims set forth in *Estorninos v. Allied Universal Honolulu Branch, et al., Civil No. 1:20-cv-00577 LEK-KJM*, with each party to bear their own attorney's fees and costs. There are no remaining claims, including any counterclaims, crossclaims, or third-party claims. All parties who have appeared have signed this Stipulation for Dismissal with Prejudice of All Claims and Parties. There are no remaining parties.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, September 10, 2021

/s/ *William F. Sink*
William F. Sink, Esq. (Hawaii Bar 3546)
**LAW OFFICES OF WILLIAM FENTON SINK**

*Attorney for Plaintiff Cristana Levin Estorninos (Ma. Arlene Levin)*

---

[1] Plaintiff's Complaint incorrectly identifies her former employer as "Allied Universal Honolulu Branch" and her operative Third Amended Complaint as "Allied Universal Services dba Universal Protection, LP."

DATED: Honolulu, Hawaii, September 10, 2021

/s/ Ann Correa
Ann Correa, Esq. (Hawaii Bar 5031)
**GARY G. GRIMMER & ASSOCIATES**

-and-

DATED: Carlsbad CA, September 10, 2021

/s/ Katie M. Greenbaum
David L. Lewis, Esq. (CA Bar 284537)
Katie M. Greenbaum, Esq. (CA Bar 312379)
**MARTENSON, HASBROUCK & SIMON LLP**

*Attorneys for Defendants Universal Protection Service, LP dba Allied Universal Security Services, Chris Chang, Galahad "Keahi" Quartero, Raymond Theard, Jeremy Madrid and Sarah Thomas*

APPROVED AND SO ORDERED:

DATED: September 17, 2021



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

**Cristana Levin Estorninos v. Allied Universal Honolulu Branch, et al.; Civil No. 1:20-cv-00577 LEK-KJM; United States District Court, State of Hawaii; Stipulation for Dismissal With Prejudice of All Claims and Parties**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2021, a true and correct copy of the foregoing was filed via the Court's electronic filing system and that a true and correct copy was sent to Plaintiff via email at the address listed below:

William Sink, Esq. (Hawaii Bar 3546)
**LAW OFFICES OF WILLIAM FENTON SINK**
735 Bishop Street, Suite 400
Honolulu, HI 96813
Tel: (808) 531-7162
jennifer@wfsinklaw.com

This 13th day of September, 2021.

s/ *Katie M. Greenbaum*
David L. Lewis, Esq. (CA Bar 284537)
Katie M. Greenbaum, Esq. (CA Bar 312379)
**MARTENSON, HASBROUCK & SIMON LLP**
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Tel: (760) 827.5706
Fax: (442) 244.0821
dlewis@martensonlaw.com
kgreenbaum@ martensonlaw.com

*Attorneys for Defendants Universal Protection Service, LP dba Allied Universal Security Services, Chris Chang, Galahad "Keahi" Quartero, Raymond Theard, Jeremy Madrid and Sarah Thomas*